UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

PETER CEPLENSKI

CRIMINAL NO. 3:18CR 1 VLB

VIOLATION:
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846
(Conspiracy to possess with intent to distribute,
and to distribute, oxycodone,
methamphetamine, fentanyl and alprazolam)

INFORMATION

The United States Attorney charges:

COUNT ONE
(Conspiracy to possess with intent to distribute and, to distribute,
oxycodone, methamphetamine, fentanyl and alprazolam)

1. From in or about November 2016 through in or about September 2017, in the District of Connecticut and elsewhere, the defendant PETER CEPLENSKI, together with others known and unknown, knowingly and intentionally conspired together and with one another, to possess with intent to distribute, and to distribute, mixtures and substances containing detectable amounts of oxycodone, methamphetamine, and fentanyl, all Schedule II controlled substances, and alprazolam, a Schedule IV controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

FORFEITURE ALLEGATION
(Controlled Substance Offense)

2. Upon conviction of the controlled substance offense alleged in Count One of this Information, the defendant PETER CEPLENSKI shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21,

United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation, including the following: (1) $40,642.25 in United States currency held in a People's Bank account in the defendant's name, and (2) all electronic devices used to facilitate his offenses, including a MacBook model A1534 bearing serial number C02PW4URGCN3, one Asus laptop, two Apple ipads, a tablet and two Apple iphones, all of which were seized from him at the time of his arrest on September 7, 2017.

       3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

*/s/ John H. Durham (mjs)*
JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Robert M. Spector*
ROBERT M. SPECTOR
ASSISTANT U.S. ATTORNEY